IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENESE TOLIVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | 4:12-cv-02436 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC and LVNV FUNDING, LLC, | § § § § | Summary Judgment |
| | § | |
| Defendants. | § | |

**Defendant Experian Information Solution's List of Exhibit's**

Exhibit A    Declaration of Teresa Iwanski
Exhibit B    Experian ACDVs     UNDER SEAL
Exhibit C    Sept. 5, 2011 Toliver Consumer Disclosure   UNDER SEAL
Exhibit D    Aug. 25, 2011 Toliver Consumer Disclosure UNDER SEAL
Exhibit E    LVNV Affidavit
Exhibit F    Toliver Depo Excerpts
Exhibit G    *Waggoner v. Transunion*, 2003 WL 222206668 (N.D. Tex, July 17, 2003)
Exhibit H    Bermudez v. Equifax, 2008 U.S. Dist. Lexis 100900 (M.D. Fla. Dec. 15, 2008)
Exhibit I    CRRG Glossary
Exhibit J    Excerpt of CRRG Debt Buyer
Exhibit K    LVNV Screen Shot June 8, 2013
Exhibit L    Expert Report of K. Hughes

/s/ Raymond A. Hafner, IV
Raymond A. Hafner, IV
Tex. State Bar No. 24069854
SD TX No. 1114265
JONES DAY
717 Texas Ave
Suite 3300
Houston, Texas 75201
rahafner@jonesday.com
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

HUI-160666v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document and all related filings has been served via submission to the Court's Electronic Case Filing System on June 14, 2013 and that this will cause a copy to be sent to all registered parties.

      /s/ Raymond A. Hafner, IV
      Raymond A. Hafner, IV

HUI-160666v1