IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DENESE TOLIVER § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. 4:12-cv-02436 |
| § | |
| § | |
| § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS, INC and § | |
| TRANS UNION, LLC and LVNV § | |
| FUNDING, LLC § | |
| § | |
| § | |
| Defendants § | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with **Experian Information Solutions, Inc.**

2. The parties anticipate that it will take no longer than 60 days to finalize all of the documentation required to terminate this party and to get the agreed Stipulation of Dismissal filed with Experian Information Solutions, Inc.

3. Please clear all of the dates on the docket due to the fact that this case as been settled.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 4th day of October, 2013

                    Respectfully submitted,

                    /s/ Dennis McCarty_____
                    Dennis McCarty
                    ATTORNEY FOR PLAINTIFF
                    Mississippi Bar No. 102733
                    P.O. Box 54172
                    Hurst, TX., 76054
                    Telephone: 817-704-3375
                    Fax (817) 887-5069
                    dmccartylaw@att.net